(Del. Rev. 5/2014) Pro Se Employment Discrimination Complaint

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Tabitha P. King

13 Hogan Circle

(Name of Plaintiff or Plaintiffs)

Middletown, DE 19709

v.

Aramark

350 Acedemy Street

(Name of Defendant or Defendants)

Newark, DE 19714

Civ. Action No. _____ 1 8 - 1 8 1 5

(To be assigned by Clerk's Office)

**COMPLAINT FOR**
**EMPLOYMENT DISCRIMINATION**
(Pro se)

Jury Demand?
☑Yes
☐No

1. This action is brought pursuant to (check all spaces that apply):

    ☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin.

    ☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age. My year of birth is:_____.

    ☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

    ☐ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.

2. Plaintiff resides at   13 Hogan Circle

    (Street Address)

    Middletown          New Castle      Delaware      19709

    (City)              (County)        (State)       (Zip Code)

    305- 728- 9303                .  **Attach additional sheets if more than one Plaintiff.**

    (Area Code)  (Phone Number)

3. Defendant resides at, or its business is located at    350 Acedemy St

    (Street Address)

    Newark          New Castle      Delaware  19714        .(

    City)           (County)        (State)     (Zip Code)

**Attach additional sheets if more than one Defendant.**

1

4. The discriminatory conduct occurred in connection with plaintiff's employment at, or application

to be employed at, defendant's _____*Aramark*_____ place of business
      (Defendant's Name)

located at _____*350   Acedemy   St.*_____
      (Street Address)

_____*Newark*_____ *New Castle*_____ *Delaware   19714*_____.(
      City)      (County)      (State)      (Zip Code)

5. The alleged discriminatory acts occurred on ___*7*___ , *February   2017 - 23 February 2019*
      (Day)      (Month)      (Year)      *2019*

*20, March, 2017   —   22, March, 2017*

6. The alleged discriminatory practice    ☐ is    ☑ is not    continuing.

7. On ___*9*___ , ___*May*___ , ___*2017*___ , Plaintiff filed charges
      (Day)      (Month)      (Year)

with the Department of Labor of the State of Delaware: *Division of Industrial Affairs -*
*Blue Hen Corporate Center*_____      (Agency) *Office of Anti-Discrimination*
*655 S. Bay Road, Suite 2H*_____ *Dover*_____ *Kent*_____
      (Street Address)      (City)      (County)

_____*Delaware*_____ *19901*_____ , regarding defendant's alleged discriminatory conduct.
      (State)      (Zip Code)

8. On ___*9*___ , ___*May*___ , ___*2017*___ , Plaintiff filed charges
      (Day)      (Month)      (Year)

with the Equal Employment Opportunity Commission of the United States regarding defendant's alleged

discriminatory conduct.

9. The Equal Employment Opportunity Commission issued the attached Notice-of-Right-to-Sue

letter which was received by plaintiff on: ___*20*___ , ___*August*___ , ___*2018*___ .
      (Day)      (Month)      (Year)

**(NOTE:   ATTACH NOTICE-OF-RIGHT-TO-SUE LETTER TO THIS COMPLAINT.)**

10. The alleged discriminatory acts, in this suit, concern:

   A. ☐ Failure to employ plaintiff.
   B. ☑ Termination of plaintiff's employment.  Plaintiff was terminated from employment on
      the following date: _*11, Aug 2017 - Constructive Dismissal*_
   C. ☑ Failure to promote plaintiff.  Plaintiff was refused a promotion on the following date:
      _*7, February 2017*_.
   D. ☐ Other acts (please specify)_____

   _____

   _____

   _____

11. The conduct of Defendant(s) was discriminatory because it was based on (check all that apply):

A. ☑ Plaintiff's race
B. ☐ Plaintiff's color
C. ☑ Plaintiff's sex
D. ☐ Plaintiff's religion
E. ☐ Plaintiff's national origin
F. ☐ Plaintiff's age
G. ☐ Plaintiff's disability

12.   A copy of the charges filed with the Department of Labor of the State of Delaware and/or the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of plaintiff's claim.

**(NOTE:  ATTACH A COPY OF THE CHARGES FILED WITH THE DEPARTMENT OF LABOR OF THE STATE OF DELAWARE AND/OR THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION OF THE UNITED STATES TO THIS COMPLAINT.)**

**THEREFORE,** Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to (check all that apply):

A. ☐ Injunctive relief (specify what you want the Court to order): _____
_____.

B. ☑ Back pay.
C. ☐ Reinstatement to former position.
D. ☑ Monetary damages in the amount of $1,325,800.00.
E. ☑ That the Court appoint legal counsel.
F. ☑ Such relief as may be appropriate, including costs and attorney's fees.
G. ☑ Other (specify): please See attachment. Addendum A          .

**I/We declare under penalty of perjury that the foregoing is true and correct.**

Dated:  15 Nov 2018

_____
(Signature of Plaintiff)


_____
(Signature of additional Plaintiff)

**NOTICE**
Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

3